# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159358(37)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JAMES LOCKARD and MARY LOCKARD,
　　　　Plaintiffs-Appellants,

SC: 159358
COA: 341808
Macomb CC: 2016-002216-NO

MAYCO INTERNATIONAL, LLC and ALPHA
TO OMEGA PROPERTIES, LLC,
　　　　Defendants-Appellees,
and

TEE DEE ENTERPRISES, LLC,
　　　　Defendant.
_____/

　　　　On order of the Chief Justice, the motion of the Michigan Building and Construction Trades Council to file a brief amicus curiae is GRANTED. The revised amicus brief submitted on May 16, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

　　　　May 17, 2019　　　　　　　　　　

Clerk